IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-50700
Conference Calendar

_____


GUADALUPE M. GUTIERREZ,

                                        Plaintiff-Appellant,


versus

RUSSELL WALES, Badge #5362,
SAPD, ET AL,

                                        Defendants,

RODOLFO GOMEZ, JR.,
Badge #303, SAPD,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-91-CA-281
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Texas prisoner Guadalupe Gutierrez, No. 584485, appeals the

dismissal of his civil rights suit following a jury trial.

Gutierrez argues that the jury's verdict is contrary to the

weight of the evidence and that he should be granted a new trial

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

because his trial attorney performed ineffectively.  The evidence supports the jury's verdict.  <u>See</u> <u>Martin v. Thomas</u>, 973 F.2d 449, 453 (5th Cir. 1992).  There is no constitutional right to counsel in a civil trial.  <u>Sanchez v. United States Postal Serv.</u>, 785 F.2d 1236, 1237 (5th Cir. 1986).

AFFIRMED.